UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81495-CIV- REINHART

ADAM MOSTEL, *et al.*,

        Plaintiffs,

v.

PBG DELIVERY DUDES LLC, *et al.*,

        Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE THE PARTIES' SETTLEMENT AGREEMENT AND DISMISS THE CASE WITH PREJUDICE (DE 45)

THIS CAUSE having come before the Court upon the Joint Motion to Approve the Parties' Settlement Agreement and Dismiss the Case with Prejudice (DE 45), filed on March 25, 2019, and pursuant to the FLSA Settlement Agreement reached between the parties, it is

**ORDERED AND ADJUDGED** that:

1. After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of the parties' bona fide FLSA suit. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The Joint Motion to Approve the Parties' Settlement Agreement and Dismiss the Case with Prejudice (DE 45) is **GRANTED**.

3. The parties' FLSA Settlement Agreement is hereby **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. Any and all pending motions are hereby **DENIED AS MOOT**; the Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED**, in Chambers at West Palm Beach, Florida this 28th day of March 2019.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE